# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALVIN D. BARNER,<br><br>    Petitioner,<br><br>vs.<br><br>DONALD HELLING, *et al.*,<br><br>    Respondents. | 3:06-cv-00543-LRH-RAM<br><br>ORDER |

Petitioner's motion (#32) for an enlargement of time is GRANTED, and the time for petitioner to file an amended petition is extended up to and including July 30, 2008.

DATED this 11th day of June, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE