# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALVIN D. BARNER,<br><br>    Petitioner,<br><br>vs.<br><br>DONALD HELLING, *et al.*,<br><br>    Respondents. | 3:06-cv-00543-LRH-RAM<br><br>ORDER |

    Petitioner's motion (#37) for an enlargement of time is GRANTED, and the time for petitioner to file an amended petition is extended up to and including November 13, 2008.

    DATED this 6th day of October, 2008.

                                              _____
                                              LARRY R. HICKS
                                              UNITED STATES DISTRICT JUDGE