# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALVIN D. BARNER,<br><br> Petitioner,<br><br>vs.<br><br>DONALD HELLING, *et al.*,<br><br> Respondents. | 3:06-cv-00543-LRH-RAM<br><br>ORDER |

 Respondents' motion (#51) for an enlargement of time is GRANTED, and the time for respondents to respond to the amended petition is extended up to and including September 1, 2009.

 DATED this 29th day of July, 2009.

                _____
                LARRY R. HICKS
                UNITED STATES DISTRICT JUDGE