# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ALVIN D. BARNER,

    Petitioner,

vs.

DONALD HELLING, *et al.*,

    Respondents.

3:06-cv-00543-LRH-RAM

ORDER

    Respondents' motion (#53) for an enlargement of time, as corrected in #54, is GRANTED, and the time for respondents to respond to the amended petition is extended up to and including October 29, 2009. No further extensions will be granted absent extraordinary circumstances. By the time of the extended deadline, respondents will have had more than six months to respond to the amended petition. The Court will not consider any extension requests in this matter based upon scheduling conflicts with cases in this District filed after the November 20, 2007, date on which this matter was reopened. Any response filed must comply with the directives in #48, at 2.

    DATED this 9th day of September, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE