# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALVIN D. BARNER, | |
|     Petitioner, | 3:06-cv-00543-LRH-RAM |
| vs. | ORDER |
| DONALD HELLING, *et al.*, | |
|     Respondents. | |

Respondents' motion (#58) for an enlargement of time is GRANTED, and the time for respondents to file a reply to the petitioner's opposition to respondents' motion to dismiss is extended up to and including December 28, 2009.

DATED this 22nd day of December, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE