# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALVIN D. BARNER, | |
|     Petitioner, | 3:06-cv-00543-LRH-RAM |
| vs. | ORDER |
| DONALD HELLING, *et al.*, | |
|     Respondents. | |

Respondents' motion (#60) for an enlargement of time is GRANTED *nunc pro tunc*, and the time is extended for respondents to file the reply filed on December 30, 2009.

DATED this 8th day of January, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE